UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

RENE VALLEJO a.k.a GUIDO VALLEJO
*on behalf of himself, FLSA Collective Plaintiffs, and the Class,*

           Plaintiff,

v.

DONATO'S PIZZERIA RESTAURANT CORP.
   d/b/a DONATO'S,
LUIS CALLE, and
OSWALDO CALLE,

           Defendants.

Case No.: 21-cv-03218

**FED. R. CIV. P. 68**
**OFFER OF JUDGEMENT**

---

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff Rene Vallejo hereby accepts and provides notice that he has accepted Defendants' Offer of Judgment dated October 8, 2021 and annexed hereto as **Exhibit A**.

Dated: October 14, 2021

Respectfully submitted,

By: _____
C.K. Lee, Esq. (CL 4086)
LEE LITIGATION GROUP, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel.: (212) 465-1188
Fax: (212) 465-1181
*Attorney for Plaintiff*