UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

RENE VALLEJO a.k.a GUIDO VALLEJO
*on behalf of himself, FLSA Collective Plaintiffs, and the Class,*

      Plaintiff,

 v.

DONATO'S PIZZERIA RESTAURANT CORP.
 d/b/a DONATO'S,
LUIS CALLE, and
OSWALDO CALLE,

      Defendants.

---

Case No.: 21-cv-03218 (DG)(JRC)

**RULE 68 JUDGMENT**

  **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Donato's Pizzeria Restaurant Corp. d/b/a Donato's, Luis Calle, and Oswaldo Calle (collectively, "Defendants") having offered to allow Plaintiff Rene Vallejo ("Plaintiff") to take a judgment against them, in the sum of Twenty Thousand Dollars and No Cents ($20,000.00), inclusive of all Plaintiff's claims for relief, damages, attorneys' fees and expenses, in accordance with the terms and conditions of Defendants' Rule 68 Offer dated October 8, 2021 and filed as Exhibit A to Docket Number 14;

  **WHEREAS**, on October 14, 2021, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 14);

  It is **ORDERED and ADJUDGED** that judgment is entered in favor of Plaintiff Rene Vallejo, in the sum of Twenty Thousand Dollars and No Cents ($20,000.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer dated October 8, 2021 and filed as Exhibit A to Docket Number 14.

Dated: October 18, 2021
   Brooklyn, New York

DOUGLAS C. PALMER
Clerk of the Court

BY: *Jalitza Poveda*
   Deputy Clerk